**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of E.S.T. aka E.T., a Child

Appellate case number:    01-22-00404-CV

Trial court case number:   2019-01176J

Trial court:             315th District Court of Harris County

Appellee, Department of Family and Protective Services, has filed a second unopposed motion for an extension of time to file its brief. The motion is **granted in part**. Appellee's brief is due to be filed with this Court no later than **Wednesday, October 12, 2022.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

This appeal involves the termination of the parent-child relationship. Accordingly, this Court is required to bring the appeal to final disposition by November 21, 2022. *See* TEX. R. JUD. ADMIN. 6.2(a), *reprinted in* TEX. GOV'T. CODE, tit. 2, subtit. F app (requiring courts of appeal to bring appeal of suit for termination of parent-child relationship to final disposition within 180 days of date notice of appeal is filed, so far as reasonably possible). **Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
                    Acting individually


Date: _____September 28, 2022_____